# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

FILED
EASTERN DISTRICT ARKANSAS
APR - 8 2010
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JOHN BARRY BRILEY | |

Case No. 4:08cr00395-01 JMM

USM No. 05933-010

pro se
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  General, Standard & Special  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from use of a controlled substance | 12/10/2009 |
| Special | Failure to report for drug testing | 03/18/2010 |
| Standard 2 | Failure to report to USPO & submit written monthly reports | 03/15/2010 |
| Standard 9 | Failure to refrain from engaging in criminal activity | 12/09/2009 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9942

Defendant's Year of Birth: 1962

City and State of Defendant's Residence:
Jacksonville, Arkansas

04/08/2010
Date of Imposition of Judgment

_(signature)_
Signature of Judge

James M. Moody                    US District Judge
Name and Title of Judge

04/08/2010
Date

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1A

---

Judgment—Page __2__ of __3__

DEFENDANT: JOHN BARRY BRILEY
CASE NUMBER: 4:08cr00395-01 JMM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard 3 | Failure to follow instructions of the probation officer | 01/12/2010 |
| Standard 10 | Failure to permit officer to visit home | 01/21/2010 |

DEFENDANT: JOHN BARRY BRILEY
CASE NUMBER: 4:08cr00395-01 JMM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

TWELVE (12) MONTHS AND ONE (1) DAY

☑ The court makes the following recommendations to the Bureau of Prisons:

The defendant shall participate in whatever substance abuse treatment is available during incarceration.
The defendant shall participate in educational programs.
The defendant shall serve his term of imprisonment in Annapolis, Maryland.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL